DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE CORNELL MARCU,**
Appellant,

v.

**JM FAMILY ENTERPRISES, INC.,**
Appellee.

No. 4D19-2506

[October 15, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE 16019911.

George Cornell Marcu, Pompano Beach, pro se.

June G. Hoffman and J. Michael Pennekamp of Fowler White Burnett, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***